UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE LOGISTICS COMPANY, INC., ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| V. ) | **CASE NO. 5:16-cv-171-D** |
| ) | |
| INFINITE SERVICES & ) | |
| SOLUTIONS, INC. and KHARY ) | |
| LEWIS I, ) | |
| Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered against Defendants Infinite Services & Solutions, Inc. and Khary Lewis I, jointly and severally, in the amount of $897,499.24 in accordance with the Confession of Judgment (Dkt. #27-5, Exhibit E).

**This Judgment Filed and Entered on September 16, 2016, and Copies To:**

| | |
|---|---|
| Jackson Wyatt Moore | (via CM/ECF Notice of Electronic Filing) |
| Tobias R. Coleman | (via CM/ECF Notice of Electronic Filing) |
| Dan Johnson McLamb | (via CM/ECF Notice of Electronic Filing) |
| John C. Patton | (via CM/ECF Notice of Electronic Filing) |
| Sean T. Partrick | (via CM/ECF Notice of Electronic Filing) |
| Stephanie F. Capezzuto | (via CM/ECF Notice of Electronic Filing) |

DATE:                                          JULIE RICHARDS JOHNSTON, CLERK
September 16, 2016                    (By)  /s/ Nicole Briggeman
                                                        Deputy Clerk